



## MEMORANDUM OPINION

No. 04-08-00624-CV

**IN THE INTEREST OF M.R.**, a Child

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-PA-02565
Honorable Ricardo H. Garcia, Judge Presiding

PER CURIAM

Sitting:      Rebecca Simmons, Justice
              Steven C. Hilbig, Justice
              Marialyn Barnard, Justice

Delivered and Filed:  April 15, 2009

DISMISSED FOR WANT OF PROSECUTION

On March 16, 2009, this Court notified appellant that the brief filed on February 23, 2009, violated Texas Rule of Appellate Procedure 38.1 in that it did not: (1) identify the parties and counsel; (2) include a table of contents; (3) include an index of authorities; (4) include a brief statement of the issues presented; (5) include record references in the statement of facts; (6) include a summary of the argument; (7) include a conclusion stating the nature of the relief sought; or (8) include an appendix. While substantial compliance with Rule 38 is sufficient, Rule 38 allows this court to order a party to amend, supplement, or redraw a brief if it flagrantly violates the Rule. *See* TEX. R. APP. P. 38.9(a). In our order, we explained that the formal defects described above constitute flagrant violations of Rule 38.

We therefore ordered, Appellant Traci C. Umac to file an amended brief, explaining that if the amended brief did not correct the violations, we would strike the brief and prohibit appellant from filing another and that this case would be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b)

Appellant has failed to file any supplemental briefing. The appeal is therefore dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).


PER CURIAM